# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MATRICE DANIELLE WALKER** | : | **DOCKET NO. 19-cv-0331** |
| **REG. # 12204-003** | | **SECTION P** |
| | | |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| | | |
| **R. MYERS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 5] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 3rd day of May , 2019.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**